1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

ROBERT ALDRETE,

Defendant.

Case No.: **20-mj-4168**

18 U.S.C. § 922(g)(1) –
Felon in Possession of Ammunition

The undersigned complainant being duly sworn states:

COUNT ONE

On or about September 14, 2020, within the Southern District of California, defendant ROBERT ALDRETE, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: 22 rounds of Speer, 9 millimeter ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Arnesha Bahn
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __25__ day of September, 2020.

_____*William V. Gallo*_____
HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

2

**PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about September 14, 2020, while working patrol, San Diego Sheriff's Department ("SDSO") deputies noticed a tan Chevy Silverado1500 truck heading south on Emerald Avenue. The truck was missing a rear license plate, in violation of CVC 5200(a), and the vehicle matched the description of a recently stolen vehicle. Deputies activated their overhead lights and sirens and attempted to conduct a traffic stop near the intersection of Hacienda Drive and Via Centra, at which point the vehicle suddenly accelerated, continuing westbound on Hacienda Drive.

The vehicle continued west on Hacienda Drive and turned north onto College Boulevard. ALDRETE led deputies on a high speed chase in excess of 70 miles per hour, in violation of CVC 22349(a). During the approximately 8.5 mile pursuit, the vehicle ran multiple red lights, and almost collided with two vehicles before the front left tire blew out. While riding on the rim, the vehicle continued through another red light and turned left onto Townsite Drive. The vehicle came to a halt at 136 Townsite Drive within the Southern District of California. The driver, later identified as Robert ALDRETE ("ALDRETE"), exited the vehicle and began running east towards Inglewood Court where deputies had to subdue ALDRETE because he resisted arrest and failed to comply with deputies commands.

Records checks revealed the Chevy Silverado had been reported stolen the day prior on September 13, 2020. The rear license plate was covered with a black paper and the front license plate was missing. On the sidewalk near the driver's door, officers located a green and black privately made firearm – 9 millimeter pistol bearing no serial number. The firearm had one (1) round of Speer, 9 millimeter luger ammunition in the chamber along with one (1) magazine inserted in to the magazine well. Officers located a second magazine

on the driver's side floorboard containing Speer, 9 millimeter ammunition, which deputies observed to be a match with the ammunition in the gun discovered by the open driver's side door. In total, deputies recovered 22 rounds of Speer, 9 millimeter ammunition. Additionally, inside ALDRETE's wallet, deputies located a small plastic bag containing 5.3 grams of a white crystalline substance that later tested positive for methamphetamine.

Records checks revealed additional very recent encounters with law enforcement. For example, on the day prior to the instant offense, ALDRETE attempted run over at least one officer with a different stolen SUV while fleeing from officers. The officer was able to take cover in a patrol car, but ALDRETE rammed the patrol car, causing severe damage. ALDRETE fled the scene and was later involved in another collision, at which point ALDRETE fled the scene on foot, leaving behind the stolen SUV. Officers were unable to locate ALDRETE.

During both encounters, ALDERETE was on AB109 probation and wanted for a felony parole violation.

Preliminary records checks revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 11/27/2017 | CASC - Vista | CNT 2:11377(A)HS – Possession of Controlled Substance | 3 Years' Probation, 22 Days' Jail |
| 02/06/2017 | CASO – San Diego | CNT 1: 29800(A)(1) PC – Felon/Addict Poss/ Etc Firearm | 16 Months' Prison |
| 11/19/2018 | CASO – San Diego | CNT 1:2800.2(A) VC – Evade Peace Ofcr: Disregard Safety | 2 Years' Prison |

4

The ammunition was seized and inspected. Preliminary checks revealed that the ammunition was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.